IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL D. AMMERMAN,

    Plaintiff,

v.

Case No. 17-cv-193-wmc

KALEB SINGLETON, SAMUEL MURPHY, DENISE ROMANOW, TIM CRAPSER, LARRY FUCHS, AND SHANE HINTON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 11/8/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |